THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 13, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: ENIED A. MCLEOD and            Chapter 13
      CARLTON A. MCLEOD,                Case No. 17-24841-BEH

              Debtors.

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtors filed a chapter 13 plan on May 16, 2017 and a request to amend the plan on February 28, 2018. The plan was transmitted as required by Federal Rule of Bankruptcy Procedure 3015, Local Rule 3015, or court order. The plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

1. The debtors' chapter 13 plan is confirmed. This order gives effect to all of the plan's terms.

2. Debtors must make plan payments of $3,147.00 monthly for the remainder of the 60-month plan.

3. Unless otherwise provided by the plan or court order, the debtors' attorney is allowed the presumptively reasonable fee, and the trustee may disburse any unpaid portion of that fee in the manner provided for in the plan.

4. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 must be paid, in pro rata deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

5. The debtors must provide the trustee with a copy of each federal and state income tax return filed during the plan term within 14 days of filing any return.

6. The debtors may not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

7. If the debtors are engaged in business, the debtors must provide periodic financial statements to the trustee.

#####